IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY DEANE WARD,

    Petitioner,                    No. CIV S-12-0047 GGH P

    vs.

M.D. BITTER,

    Respondents.            ORDER

_____/

      Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis. This case is before the undersigned pursuant to petitioner's consent. Doc. 4.

      Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

      Petitioner has also filed a motion to stay and indicates the AEDPA time limit will expire on February 17, 2012. Doc. 3. Petitioner indicates five of his claims are currently in the process of being exhausted as a separate petition is pending in state court. The court assumes petitioner has properly calculated the proper AEDPA date and the remaining claims have been

\\\\\

1

1 exhausted, but the court cannot be certain.[1]  Nor can the court be certain that the claims currently
2 pending in state court have been properly filed and are tolling the AEDPA time bar.
3      Nevertheless, the court will stay the instant federal petition, but it is plaintiff's
4 responsibility to *immediately* alert the court and file a new petition, containing all claims, when
5 the remaining claims have been properly exhausted with the California Supreme Court.
6      In accordance with the above, IT IS HEREBY ORDERED that:
7      1. Petitioner's application to proceed in forma pauperis is granted;
8      2. This case is stayed pending further notification from petitioner.
9 DATED: January 20, 2012

　　　　　　　　　　　　　　　　　　　 /s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Petitioner has not included any relevant exhibits to demonstrate exhaustion or when the statute of limitations began to run.