IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY DEANE WARD,

    Petitioner,                  No. CIV S-12-0047 GGH P

    vs.

M.D. BITTER,

    Respondents.           ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 23, 2012, this case was stayed pursuant to petitioner's request and remains stayed pending exhaustion of additional claims. On April 18, 2012, petitioner filed a motion to compel the prison library to make photocopies. Apparently the prison has instituted a rule that only 50 pages of copying are allowed at one time in the library. Petitioner needs to make more than 50 pages of copying for the amended petition, though the claims to be exhausted are still pending in the California Supreme Court according to petitioner. As the claims are not fully exhausted, the undersigned will not lift the stay to order relief for petitioner in his state court action. Petitioner should address the state court with his concerns. Moreover, if the copies are meant for a later filing in federal court, petitioner has time to make 50 copies a time in the library on different occasions rather than the court order all the copying on

1  the same day.

2       In accordance with the above, IT IS HEREBY ORDERED that petitioner's

3  motion to compel (Doc. 9) is denied.

4  DATED: May 1, 2012

          /s/ Gregory G. Hollows
          UNITED STATES MAGISTRATE JUDGE

GGH: AB
ward.0047.ord